■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD GLENN, Appellant. [725 NYS2d 295] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered June 3, 1998, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him to a term of 6 to 12 years, unanimously affirmed.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see, People v Walker*, 83 NY2d 455, 458-459; *People v Mattiace*, 77 NY2d 269, 275-276; *People v Pavao*, 59 NY2d 282, 292). While portions of the court's comments were most injudicious, the record does not support defendant's contention that the court failed to exercise its discretion in making its *Sandoval* ruling. The court specifically stated, *inter alia*, that it found that the bearing on defendant's credibility of the underlying facts of his prior youthful offender adjudication, involving a robbery during which one of the participants fired a gun, outweighed their prejudicial effect. Concur—Sullivan, P. J., Williams, Andrias, Rubin and Friedman, JJ.